IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                                                         PLAINTIFF

v.                                             No. 4:15CV00436  JLH

JIM HANNAH; DONNA GAY;
STATE OF ARKANSAS; ARKANSAS
ADMINISTRATIVE OFFICE OF THE
COURTS; RUSSELL ROGERS;
DAVID D. STEBBINS; JAMES GOLDIE;
KRISTIE WILLIAMS; and GORDON WEBB                                         DEFENDANTS

**ORDER**

David A. Stebbins has commenced this action against Jim Hannah, Chief Justice of the Supreme Court of the State of Arkansas; Donna Gay, an employee of the Arkansas Administrative Office of the Courts; the State of Arkansas; the Arkansas Administrative Office of the Courts; Russell Rogers, a retired Circuit and Chancery Judge who was appointed by Chief Justice Hannah to serve as Special Judge in a case in which David A. Stebbins was the plaintiff in Boone County Circuit Court; David D. Stebbins, who was the defendant in the Boone County Circuit Court action; James Goldie, who was the lawyer for David D. Stebbins in the Boone County Circuit Court action; Kristie Williams, Russell Rogers' secretary; and Gordon Webb, Circuit Judge in the Fourteenth Judicial District of the State of Arkansas, which encompasses Boone County.  David A. Stebbins has also filed a motion for leave to proceed *in forma pauperis*.

The Court refers this action to United States Magistrate Judge Joe J. Volpe for disposition or recommended disposition, as appropriate, of all pretrial motions, as well as screening under 28 U.S.C. § 1915(e)(2)(B).  As a part of his review, Judge Volpe should consider whether the Court should follow the Western District in determining whether to grant Stebbins' motion for leave to

proceed *in forma pauperis*.  *See Stebbins v. Bradford*, W.D. Ark. Case No. 3:12-CV-03131 and *Stebbins v. Stebbins*, W.D. Ark. Case No. 3:12-CV-03130.

    IT IS SO ORDERED this 4th day of August, 2015.

                                                  _____
                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE