IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS,                                                                                    PLAINTIFF

v.                                          4:15CV00436-JLH-JJV

JIMM HANNAH; *et al.*                                                                                DEFENDANTS

**ORDER**

Mr. Stebbins objects to being required to pay a $200 bond before being allowed to proceed with his case. (Doc. No. 11.) He also objects to being denied the opportunity to pay the amount in installments. *Id.*

Operation of the courts costs the American taxpayers. Courts strive to ensure everyone has access to court, but most litigants are required to pay the $400 filing fee. As I previously recited, Mr. Stebbins has had more than his fair share of access to the courts. (Doc. No. 6.) It is not my goal to prevent Mr. Stebbins from access to court. But his cases do cost the American taxpayers. And he has a long history of abusing the taxpayers in pursuit of frivolous lawsuits. Therefore, I find he must be required to have some "skin in the game" if he wishes to proceed with this cause of action. At the time of initiating this cause of action Mr. Stebbins had $332.91 on hand. (Doc. No. 1.) Although he has debts and expenses, I believe half of the filing fee is the right amount in this case. Nevertheless, I will extend the time for Mr. Stebbins to pay the $200.

IT IS, THEREFORE, ORDERED that:

1.      Within twenty-one (21) days of the date of this order, Plaintiff shall post a two hundred dollar ($200) bond prior to proceeding with this action. If his claims survive mandated screening, the bond should be returned to him at the conclusion of the case. If they do not, the bond will be retained and put toward the statutory filing fee. Failure to timely post the required bond

1

2

action may result in this cause of action being dismissed without prejudice.

2. Within thirty (30) days of the date of this order, Plaintiff shall submit a single complaint which contains all of his claims against each of the defendants he intends to sue. Failure to timely file an amended complaint may result in this cause of action being dismissed without prejudice.

Dated this 18th day of August, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE