IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                              PLAINTIFF

v.                                   No. 4:15CV00436 JLH

JIMM HANNAH; et al.                                                         DEFENDANTS

## ORDER

The Court's attention has been directed to the fact that plaintiff, David A. Stebbins, is presently proceeding *pro se*.

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR

NIXIE     722    DE  1009          0008/20/15
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 72201339919    *0155-07253-31-4

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE