UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                     PLAINTIFF

VS                CASE NO. 4:15CV436-JLH

JIMM HANNAH, DONNA GAY, STATE OF
ARKANSAS, ADMINISTRATIVE OFFICE OF
THE COURTS, RUSSELL ROGERS, DAVID D.
STEBBINS, JAMES GOLDIE, KRISTIE WILLIAMS,           DEFENDANTS
GORDON WEBB, BRAD KARREN, WES
BRADFORD, THE CITY OF HARRISON,
ROBERT TURLEY, JOSH APPLEGATE, &
ONE UNKNOWN-NAMED POLICE OFICER

## SINGLE COMPLAINT AND JURY DEMAND

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice that his is posting this Bond.

Plaintiff would like to emphasize that ***he is not withdrawing his previous appeal to the district court***. He still wants the District Judge to rule on the appeal (dated August 26, 2011). If he agrees that a lesser bond - or, alternatively, installments - is in order, he asks that he be refunded a portion of this bond, so he can buy groceries for the month.

He cannot buy food with this bond. He is only posting it to avoid dismissal of his case. He will need it refunded if he is to avoid going hungry.

So requested on this, the 4th day of September, 2015.

David Stebbins
123 W. Ridge, APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com