**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID A. STEBBINS                                                                                           PLAINTIFF

v.                                             No. 4:15CV00436 JLH

JIMM HANNAH; et al.                                                                                    DEFENDANTS

**ORDER**

David Stebbins commenced this action by filing a complaint on July 15, 2015, and he simultaneously filed a motion for leave to proceed *in forma pauperis*. On August 4, 2015, the Court designated United States Magistrate Judge Joe J. Volpe to determine or make a recommended disposition, as appropriate of all pretrial matters, including screening under 28 U.S.C. § 1915(e)(2)(B). Document #5. The Court stated in the order that as a part of the review, Judge Volpe should consider whether this Court should follow the Western District in determining whether to grant Stebbins' motion for leave to proceed *in forma pauperis*. *Id*. After a review of Stebbins' history of filing frivolous litigation, on August 5, 2015, Judge Volpe determined that Stebbins should be required to post a $200 bond prior to proceeding with the action, stating that if the claims survived mandated screening, the bond would be returned at the conclusion of the case, but if the claims do not survive mandated screening, the bond would be retained and put toward the filing fee. Document #6. Judge Volpe ordered that the bond be paid within twenty-one (21) days.

On August 11, 2015, Stebbins filed a motion for an extension of time and for leave to pay the bond in installments, asking that he be allowed to pay an initial bond of $50 and pay six additional monthly installments of $25 each. Document #9. Judge Volpe then denied that motion and ordered that Stebbins pay a $200 bond prior to proceeding. Document #10. In response to the second order, Stebbins filed a document that he styled as an objection to the order and a request for

an extension of time to pay the bond in installments.  Document #11.  Judge Volpe overruled that objection.  Document #12.  Stebbins then filed a second document styled as an objection, which the Clerk of Court docketed as an appeal of a magistrate judge decision to the district court.  Document #17.

Stebbins has the right to appeal a magistrate judge's order to this Court, and this Court must review a nondispositive order to determine whether it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Rule 72.1(VII)(B). Stebbins has several objections, but the most important one is that he cannot pay the $200 within twenty-one (21) days because a payment of that amount would not leave him sufficient funds to purchase groceries.  Based on Stebbins' statement and his application to proceed *in forma pauperis*, the Court concludes that his objection is well taken.  Stebbins will therefore be allowed to pay the bond in installments.  As he said he could do, Stebbins must pay $50 within twenty-one (21) days from the entry of this order and $25 per month for the next six months until the $200 bond is paid in full.  Until the $200 bond is paid in full, this action will not be allowed to proceed.  After the $200 bond is paid in full, Judge Volpe will screen the complaint and issue orders, or a recommended disposition, as appropriate.

The appeal is therefore sustained in part.  Document #17.

IT IS SO ORDERED this 15th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE