# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID A. STEBBINS                                                                     PLAINTIFF

v.                              No. 4:15CV00436 JLH

JIMM HANNAH; et al.                                           DEFENDANTS

## ORDER

The Court has been notified by the Clerk that on September 8, 2015, David Stebbins paid the $200 bond previously required by United States Magistrate Judge Joe J. Volpe. Therefore, this action is again referred to Judge Volpe for disposition or recommended disposition, as appropriate, of all pretrial matters, including screening.

IT IS SO ORDERED this 16th day of September, 2015.

                                                               _____
                                                               J. LEON HOLMES
                                                               UNITED STATES DISTRICT JUDGE