FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 24 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS            PLAINTIFF

VS        CASE NO. 4:15CV0036 JLH

JIMM HANNAH, DONNA GAY, STATE OF
ARKANSAS, ARKANSAS ADMINISTRATIVE
OFFICE OF THE COURTS, RUSSELL ROGERS,         DEFENDANTS
DAVID D. STEBBINS, JAMES GOLDIE, KRISTIE
WILLIAMS, AND BRAD KARREN

## MOTION TO CLARIFY [022] ORDER SUSTAINING IN PART APPEAL TO DISTRICT JUDGE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for District Judge Holmes to Clarify his Order in Doc. 22.

1. Appellant has already paid the $200 bond, because the District Judge A) never issued any order to stay the time limit to file that bond, and B) the District Judge did not issue his order before the deadline to post the bond. As a result of these two things, Plaintiff believed that he still had to post the bond ... just like how he must comply with an injunction until it gets overturned, even while an appeal to the 8th Circuit is pending

2. Along with posting the bond, Appellant also filed a Notice of Posting of Bond. However, he accidentally titled it "Single Complaint and Jury demand." The body of the notice (as opposed to the title) said the following:

> " Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice that his is posting this Bond.
>      Plaintiff would like to emphasize that **_he is not withdrawing his previous appeal to the district court_**. He still wants the District Judge to rule on the appeal (dated August 26, 2011). If he agrees that a lesser bond - or, alternatively, installments - is in order, he asks that he be refunded a portion of this bond, so he can buy groceries for the month.
>      He cannot buy food with this bond. He is only posting it to avoid dismissal of

his case. He will need it refunded if he is to avoid going hungry.
So requested on this, the 4th day of September, 2015."

3. So, does the District Judge want Plaintiff to post *another* $200 bond? If not, then why hasn't the Court taken judicial notice of the bond that has already been posted?

4. Please clarify *exactly* what the district judge wants Plaintiff to do, and what Plaintiff has already done.

So requested on this, the 21st day of September, 2015.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com