**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID A. STEBBINS                                                                                          PLAINTIFF

v.                                       No. 4:15CV00436-JLH-JJV

JIMM HANNAH, *et al.*                                                                                  DEFENDANTS

**ORDER**

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS, THEREFORE, ORDERED that:

      1.    Plaintiff's Amended Complaint (Doc. No. 18) is DISMISSED without prejudice.

      2.    Plaintiff's ADA claims are DISMISSED without prejudice for failure to state any claim upon which relief may be granted.

      3.    All other claims are DISMISSED without prejudice for failing to arise out of a single transaction or occurrence.

      SO ORDERED this 14th day of October, 2015.

                                                                                          _____
                                                                                        J. LEON HOLMES
                                                                                        UNITED STATES DISTRICT JUDGE