# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID A. STEBBINS                                                                                         PLAINTIFF

v.                                          No. 4:15CV00436-JLH-JJV

JIMM HANNAH, *et al.*                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 14th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE