UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                               PLAINTIFF

VS                    CASE NO. 4:15CV00436 JLH

JIMM HANNAH, DONNA GAY, STATE OF
ARKANSAS, ADMINISTRATIVE OFFICE OF
THE COURTS, RUSSELL ROGERS, DAVID D.
STEBBINS, JAMES GOLDIE, KRISTIE WILLIAMS,       DEFENDANTS
GORDON WEBB, BRAD KARREN, WES
BRADFORD, THE CITY OF HARRISON,
ROBERT TURLEY, JOSH APPLEGATE, &
ONE UNKNOWN-NAMED POLICE OFICER

## MOTION FOR REIMBURSEMENT OF BOND

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for his $200 bond to be refunded to him, as per the terms of the bonding requirements, in the event that his Motion for Reconsideration is not granted.

1. The Magistrate Judge assured Plaintiff that, if the case ends without Plaintiff committing any violations of Rule 11, the bond would be refunded to him. See Doc. 12.

2. Plaintiff has, thus far, had very few opportunities to commit Rule 11 violations or file frivolous legal arguments. The court certainly hasn't listed any.

3. Per this Court's promise, Plaintiff asks that the bond be refunded, unless it chooses to grant Plaintiff's Motion for Reconsideration and allow Plaintiff to proceed in this action.

4. If planning on denying this motion, please remember the legal citations given in ¶ 2 of the simultaneously-filed "Motion for Reconsideration or in the Alternative for Advisory Opinion." This Court cannot simply deny the motion with no explanation; it must actually justify *how* it makes the determination that Plaintiff's conduct in this case constituted a Rule 11 violation.

Wherefore, premises considered, Plaintiff requests that his $200 bond be refunded, as he was promised.

So requested on this, the 19th day of October, 2015.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com