UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                          PLAINTIFF

VS                              CASE NO. 4:15CV00436 JLH

JIMM HANNAH, DONNA GAY, STATE OF
ARKANSAS, ADMINISTRATIVE OFFICE OF
THE COURTS, RUSSELL ROGERS, DAVID D.
STEBBINS, JAMES GOLDIE, KRISTIE WILLIAMS,
GORDON WEBB, BRAD KARREN, WES                              DEFENDANTS
BRADFORD, THE CITY OF HARRISON,
ROBERT TURLEY, JOSH APPLEGATE, &
ONE UNKNOWN-NAMED POLICE OFICER



### NOTICE OF APPEAL AND REQUEST FOR
### IN FORMA PAUPERIS APPLICATION FORM

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Appeal in the above styled action.

Plaintiff contends that the District Court committed the following reversible errors:

1. It committed an automatic abuse of discretion when both it, and the magistrate judge, failed to give an explanation for 90% of Plaintiff's legal arguments.

2. It erred in dismissing the Complaint for failure to state a claim.

3. It erred in declining to acknowledge that Plaintiff was alleging a pattern of abuse, rather than a series of independent incidents.

4. It abused its discretion in not allowing at least one remaining claim to stay open.

5. It erred in choosing not to reimburse Plaintiff's $200 bond.

6. It erred in refusing to appoint counsel.

If my IFP status from the District Court will not automatically transfer to the appeals, then I also ask to be sent an application for leave to proceed *in forma pauperis*, so I can

hopefully avoid this appeal being cost-prohibitive.

So notified on this, the 25th day of November, 2015.

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com