# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID A. STEBBINS                                                                                    PLAINTIFF

v.                                           No. 4:15CV00436 JLH

JIMM HANNAH; et al.                                                                               DEFENDANTS

## ORDER

David A. Stebbins' motion for leave to appeal *in forma pauperis* is GRANTED. Document #36.

IT IS SO ORDERED this 9th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE