**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 09, 2015

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

RE: 15-3807 David Stebbins v. Jimm Hannah, et al

Dear Sir:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. **Please include the caption and the case number on all correspondence or pleadings submitted to this court.**

We've noted Mr. Stebbins request for an in forma pauperis motion. As the District Court granted pauper status in their order dated September 22, no additional filing is required. That pauper status has been extended forward into this appeal.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

It has been noted that this case was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal and that upon receipt of your brief the case will proceed directly to screening and submission.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should file a motion with this court seeking preparation of a transcript at government expense. Your motion should specify what portions of the transcript you wish to have prepared and it should provide an explanation as to why these portions are necessary for the appeal. Please note that motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in the issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Mr. Jim McCormack

District Court Case Number: 4:15-cv-00436-JLH

**Caption For Case Number: 15-3807**

David A. Stebbins

Plaintiff - Appellant

v.

Jimm Hannah; Donna L. Gay; State of Arkansas; Arkansas Administrative Office of the Courts; Russell Rogers; David D. Stebbins; James Goldie; Kristie Williams; Gordon Webb; Brad Karren; Wes Bradford; City of Harrison; Robert Turley; Josh Applegate; John Doe, Police Officer

Defendants - Appellees

**Addresses For Case Participants: 15-3807**

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR 72201

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 12/09/2015

**Case Name:** David Stebbins v. Jimm Hannah, et al
**Case Number:** 15-3807

**Docket Text:**
Civil case docketed. [4344560] [15-3807]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

**Notice will be electronically mailed to:**

Mr. Jim McCormack: ared_appeals@ared.uscourts.gov
Mr. David A. Stebbins: stebbinsd@yahoo.com



15-3807 David Stebbins v. Jimm Hannah, et al "CIVIL case docketed" (4:15-cv-00436-JLH)
ca08ml_cmecf_Notify to: 12/09/2015 10:09 AM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 12/09/2015

| | |
|---|---|
| **Case Name:** | David Stebbins v. Jimm Hannah, et al |
| **Case Number:** | 15-3807 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [4344560] [15-3807] (Joe Hagen)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

The following document(s) are associated with this transaction:
**Document Description:** ProSe Docketing Letter
**Original Filename:**
/opt/ACECF/live/forms/jhagen_153807_4344560_ProSeDocketingLetters_103.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/09/2015] [FileNumber=4344560-0]
[8a590dd5b844da994b4a5f9a7098a69420b63f8ac36000a6d0584d09bac79e4e7052df6db1625c4
16c35d28bcfa3223368771913d17065fc3f6815e315cd9cf4]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court

- Mr. David A. Stebbins

**Document Description:** ProSe NDA
**Original Filename:** /opt/ACECF/live/forms/jhagen_153807_4344560_ProSeNDA_481.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/09/2015] [FileNumber=4344560-1] [61acb0804725be51065a4aeb4d1a88cafd027a3f0991101f76688ada1c0627193f6490930839a400 b15c1dab895a2b32d8887629b18ae531927e63f3ddc1bca2]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court
- Mr. David A. Stebbins

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4344560
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5440949, 5440950

**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT

**APPEAL BRIEFING SCHEDULE ORDER**

Appeal No. 15-3807 David Stebbins v. Jimm Hannah, et al

Date: December 09, 2015

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files.

**FILING DATES:**

**NOTE:** These dates may be advanced if a party files a brief early. The dates may also be extended if party obtains an extension of time. See FRAP 31(a).

Appellant Brief: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **01/19/2016**
**( David A. Stebbins )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **not served**

.

Please note the provisions of Eighth Circuit Rule 32A concerning the filing of briefs and reply briefs responding to multiple briefs.

**ALL BRIEFS MUST BE FILED WITH THE ST. LOUIS OFFICE CLERK'S OFFICE**



15-3807 David Stebbins v. Jimm Hannah, et al "Civil Briefing Schedule Set" (4:15-cv-00436-JLH)
ca08ml_cmecf_Notify to: 12/09/2015 10:21 AM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 12/09/2015

| | |
|---|---|
| **Case Name:** | David Stebbins v. Jimm Hannah, et al |
| **Case Number:** | 15-3807 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS: If the original file of the U.S. District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by 8th Circuit Rule 30A shall not be required. In accordance with 8th Circuit Local Rule 30A (a)(2), the clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format or filed under seal, exhibits, administrative records and state court files.
BRIEF OF APPELLANT David A. Stebbins due 01/19/2016.
Appellees not served. [4344583] [15-3807] (Joe Hagen)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:**
/opt/ACECF/live/forms/jhagen_153807_4344583_ProSeBriefingSchedule_176.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/09/2015] [FileNumber=4344583-0]
[59c034178ced35799d4b6797014a5ee05188441373be4bc91d3a9c58417b0eb92b2a8607e3bce9
8879b7101b7cd2806dddda87b7a0b0deef9590c16b5ef6df4b]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court
- Mr. David A. Stebbins

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4344583
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5441000, 5441001