UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 15-3807

David A. Stebbins

Appellant

v.

Jimm Hannah, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)
_____

**ORDER**

The briefing schedule for this appeal is held in abeyance pending review of the

court.

December 14, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans



15-3807 David Stebbins v. Jimm Hannah, et al "Clerk order filed sua sponte hold briefing schedule in abeyance " (4:15-cv-00436-JLH)

ca08ml_cmecf_Notify    to:                                          12/14/2015 10:15 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/14/2015

**Case Name:**     David Stebbins v. Jimm Hannah, et al
**Case Number:**   15-3807
**Document(s):**   Document(s)

**Docket Text:**
CLERK ORDER:holding briefing schedule in abeyance. [4346074] [15-3807] (Joe Hagen)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/jhagen_153807_4346074_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/14/2015] [FileNumber=4346074-0]
[36659a59e8031289eb52fb2e64a5bded867c997c822c07c675f62fc9f2af2d61e947bcdad143390e
36f50d90f139b11d788d90d23ee6565c2906f61735af11ec]]
**Recipients:**
- Mr. Jim McCormack, Clerk of Court
- Mr. David A. Stebbins

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4346074
**RELIEF(S) DOCKETED:**
  hold briefing schedule in abeyance
**DOCKET PART(S) ADDED:** 5443784, 5443785, 5443786