# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3807

David A. Stebbins

Appellant

v.

Jimm Hannah, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)
_____

**ORDER**

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files. These documents should be submitted within 10 days.

December 14, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans



**15-3807 David Stebbins v. Jimm Hannah, et al "Clerk order filed sua sponte case proceeding on of (need file)" (4:15-cv-00436-JLH)**

ca08ml_cmecf_Notify   to:                                    12/14/2015 12:21 PM

***\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.***

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/14/2015

**Case Name:**     David Stebbins v. Jimm Hannah, et al
**Case Number:**   15-3807
**Document(s):**   Document(s)

**Docket Text:**
CLERK ORDER:If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, administrative records and state court files. These documents should be submitted within 10 days. [4346191] [15-3807] (Joe Hagen)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


**Notice will be mailed to:**


Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

The following document(s) are associated with this transaction:
**Document Description:** Clerk's Order
**Original Filename:**

/opt/ACECF/live/forms/jhagen_153807_4346191_ClkOrdOriginalFile_275.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/14/2015] [FileNumber=4346191-0]
[68fb422e1cb8981d1cc283d83657610aa1c4d060f84edec3a311befef9daf04df17596a835773ad14
76456d49eb5e1ef0f9eae0f033a5c9b057e03a9258361ee]]
**Recipients:**
- Mr. Jim McCormack, Clerk of Court
- Mr. David A. Stebbins

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4346191
**RELIEF(S) DOCKETED:**
  case proceeding on of (need file)
**DOCKET PART(S) ADDED:** 5444006, 5444007, 5444008