# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3807
_____

David A. Stebbins

Plaintiff - Appellant

v.

Jimm Hannah; Donna L. Gay; State of Arkansas; Arkansas Administrative Office of the Courts; Russell Rogers; David D. Stebbins; James Goldie; Kristie Williams; Gordon Webb; Brad Karren; Wes Bradford; City of Harrison; Robert Turley; Josh Applegate; John Doe, Police Officer

Defendants - Appellees
_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)
_____

## JUDGMENT

Before MURPHY, MELLOY and GRUENDER, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely. The motion for appointment of counsel is denied as moot.

April 26, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 26, 2016

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR  72601

      RE:  15-3807  David Stebbins v. Jimm Hannah, et al

Dear Mr. Stebbins:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

      Michael E. Gans
      Clerk of Court

YML

Enclosure(s)

cc:    Mr. Jim McCormack

      District Court/Agency Case Number(s):   4:15-cv-00436-JLH



15-3807 David Stebbins v. Jimm Hannah, et al "judgment filed sua sponte dismiss case for lack of jurisdiction " (4:15-cv-00436-JLH)

ca08ml_cmecf_Notify    to:                                   04/26/2016 03:35 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/26/2016

| | |
|---|---|
| **Case Name:** | David Stebbins v. Jimm Hannah, et al |
| **Case Number:** | 15-3807 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Case dismissed as untimely.
; Denying [4346642-2]appellant's motion for appointment of counsel as moot. DIANA E. MURPHY, MICHAEL J. MELLOY and RAYMOND W. GRUENDER Adp May 2016 [4392381] [15-3807] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


**Notice will be mailed to:**


Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/ylisenby_153807_4392381_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=04/26/2016] [FileNumber=4392381-0]
[6596c2b13b0590b87e95c1c872c5ac1702006f43a7a0caec11715fadb8fcaba39ea4e2d633126028c2b754d65a32f69f784116c3370365be5285834dce38d2f6]]

**Recipients:**

- [Mr. Jim McCormack, Clerk of Court](#)
- [Mr. David A. Stebbins](#)

**Document Description:** Judgment: Judge Directed
**Original Filename:**
/opt/ACECF/live/forms/ylisenby_153807_4392381_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/26/2016] [FileNumber=4392381-1]
[bfb7768244978af91ef2c65892623f0eae1ab8ffdc2247831df1b447fde277a377bc83564dff8889b269ff65677e5d3e4e5504d4aa0060d4998bcb9957e65cbe]]

**Recipients:**

- [Mr. Jim McCormack, Clerk of Court](#)
- [Mr. David A. Stebbins](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4392381
**RELIEF(S) DOCKETED:**
   dismiss case for lack of jurisdiction
   for appointment of counsel
**DOCKET PART(S) ADDED:** 5531211, 5531212, 5444889, 5531213