# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3807

David A. Stebbins

Appellant

v.

Jimm Hannah, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)

---

### MANDATE

In accordance with the judgment of 04/26/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 24, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit

 **15-3807 David Stebbins v. Jimm Hannah, et al "Mandate Issued" (4:15-cv-00436-JLH)**

ca08ml_cmecf_Notify   to:                                             05/24/2016 10:44 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/24/2016

**Case Name:**     David Stebbins v. Jimm Hannah, et al
**Case Number:**   15-3807
**Document(s):**   Document(s)

**Docket Text:**
MANDATE ISSUED. [4402073] [15-3807] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Honorable J. Leon Holmes, U.S. District Judge: Leon_Holmes@ared.uscourts.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable Joe J. Volpe, U.S. Magistrate Judge: Joe_Volpe@ared.uscourts.gov,
jjvchambers@ared.uscourts.gov, Anita_Lee@ared.uscourts.gov

**Notice will be mailed to:**

Mr. David A. Stebbins
Apartment D
123 W. Ridge Street
Harrison, AR 72601

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/ylisenby_153807_4402073_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/24/2016] [FileNumber=4402073-0]

[333e7762f66f2bb6c32ed523ab0b764b4d3b4c4225722207e921eba716d963a7dd8b7eb1c27fd39
3f7eab1316f3f94ec58943c81cf17a904de70e256d6dc9fdc]]
**Recipients:**
- Honorable J. Leon Holmes, U.S. District Judge
- Mr. Jim McCormack, Clerk of Court
- Mr. David A. Stebbins
- Honorable Joe J. Volpe, U.S. Magistrate Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4402073
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5549460